____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

JAN 11 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVERS A. GREENE, | ) |
| Plaintiff, | ) |
| v. | ) 3:17-cv-00366-MMD-VPC |
| STATE OF NEVADA et al., | ) **ORDER** |
| Defendants. | ) |

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has paid a partial filing fee of $350. (ECF No. 1). The Court has not yet screened the complaint.

Plaintiff also filed two motions to dispense with Local Special Rule 2-1 (ECF No. 2, 7), a motion to issue summonses (ECF No. 4), a motion for order approving service of process by U.S. Marshall (ECF No. 5), and a motion for leave to file a first amended complaint (ECF No. 8).

The Court grants Plaintiff's motion for leave to file a first amended complaint (ECF No. 8). The Court will screen Plaintiff's first amended complaint in a separate order. The Court denies Plaintiff's motions for summonses and service (ECF No. 4, 5) as procedurally premature. The Court will issue an order regarding summonses and service after screening, if procedurally applicable. The Court grants Plaintiff's motions to waive Local Special Rule 2-1 (ECF No. 2, 7) which requires *pro se* inmates to file their civil rights complaints on the court-approved form. The Court will screen Plaintiff's first amended complaint even though Plaintiff did not submit his amended complaint on the approved form.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motions to waive Local Special Rule 2-1 (ECF No. 2, 7) are granted.

IT IS FURTHER ORDERED that the motion for issuance of summonses (ECF No. 4) is denied without prejudice.

IT IS FURTHER ORDERED that the motion for service (ECF No. 5) is denied without prejudice.

IT IS FURTHER ORDERED that the motion for leave to file a first amended complaint (ECF No. 8) is granted. The Court will issue a screening order on the amended complaint in a separate order.

DATED: This 11th day of January 2018.

_____
United States Magistrate Judge