Mark M. Iba, Esq., MSBN 45452
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 691-3289
Facsimile: (816) 412-1200
mark.iba@stinson.com

and

Zane A. Gilmer, Esq., CSBN 41602
Stinson Leonard Street LLP
1050 17th Street, Suite 2400
Denver, CO 80265
Telephone: (303) 376-8416
Facsimile: (303) 578-7966
zane.gilmer@stinson.com

(*Applications for Pro Hac Vice Forthcoming*)
(Lead Counsel)

Matthew C. Addison, NSBN 4201
Sarah Ferguson, NSBN 14515
McDonald Carano LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
(Local Counsel)

*Attorneys for CenturyLink Public Communications, Inc.*



✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR JULIUS-GREEN BERAHA fka TRAVERS A. GREEN<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | No. 3:17-cv-00366-MMD-CBC<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT<br><br>**(FIRST REQUEST)** |

Having reviewed the CenturyLink Public Communications, Inc.'s ("CPCI")

CORE/0807628.0065/146572036.1

1  Motion to Extend Deadline to Respond to Amended Complaint, and good cause
2  appearing, the extension is granted and CPCI shall have until November 20, 2018 to file
3  its response to Plaintiff's Amended Complaint.
4      IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: __Nov. 1_____, 2018.__