UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTHUR JULIUS-GREEN BERAHA
fka TRAVERS A. GREEN

      Plaintiff(s),

vs.

STATE OF NEVADA, et al.,

      Defendant(s).

Case #3:17-cv-00366-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Zane Gilmer, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Stinson Leonard Street LLP
    (firm name)

with offices at     1050 17th Street, Suite 2400
                (street address)

Denver, Colorado, 80265
(city)    (state)    (zip code)

(303) 376-8400, zane.gilmer@stinson.com
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    CenturyLink to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/26/2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District Court of Colorado | 10/26/2009 | 41602 |
| District Court of Wyoming | 10/20/2017 | 7-4545 |
| US. Court of Appeals for the Tenth Circuit | 04/14/2011 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Colorado Bar Association
Wyoming Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

<mark>3</mark>

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Colorado____ }
COUNTY OF ____Denver____ }

____Zane Gilmer____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 18th day of October, 2018.

_____
Notary Public or Clerk of Court

LAURA E. CARLSON
Notary Public
State of Colorado
Notary ID # 20184021122
My Commission Expires 05-01-2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Matthew Addison of McDonald Carano__,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____100 W. Liberty Street Tenth Floor____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)           (state)           (zip code)

____(775) 788-2000____, ____maddison@mcdonaldcarano.com____
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Matthew Addison of McDonald Carano__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Steven W Young  Sr. Csl.__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__4201__           __maddison@mcdonaldcarano.com__
Bar number         Email address

APPROVED:

Dated: this __7th__ day of __November__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Zane Gilmer**

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **26th** day of **October** A. D. **2009** and that at the date hereof the said **Zane Gilmer** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **31st** day of **October** A. D. **2018**

**Cheryl Stevens**
Clerk

By _[signature]_
Deputy Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF WYOMING

I, Patricia Bennett, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Zane Allen Gilmer

was on the 30th day of October, 2009, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.



Given under my hand and the seal of said Court this 2nd day of November, 2018.

Patricia Bennett, Clerk

*Laura Mickey*
by deputy

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2018, I caused a true and correct copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** to be deposited for mailing in the U.S. Mail, at Reno, Nevada, with postage prepaid, addressed to the following person:

Arthur Julius-Greene Beraha #48494
fka Travers A. Greene #48494
Ely State Prison
PO Box 1989
Ely, NV 89301

/s/ Nancy A. Hoy
Nancy A. Hoy