UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR BERAHA, | Case No.: 3:17-CV-00366-RCJ-CBC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 80) |
| vs. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 80[1]) entered on May 8, 2019, recommending that the Court grant CenturyLink and ICS' motions to dismiss (ECF Nos. 43 and 64). On May 22, 2019, the Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 81); and on May 22, 2019, Plaintiff filed an Errata to Plaintiff's Objections to Report and Recommendation (ECF No. 83).

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report

---

[1] Refers to Court's docket number.

1

and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that United States Magistrate Judge Carry's Report and Recommendation (ECF No. 80), shall be ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Defendant CenturyLink's Motion to Dismiss (ECF No. 43) is GRANTED as follows: Count III is DISMISSED WITH PREJUDICE as to Plaintiff's Telecommunications Act Claim; and Count III is DISMISSED WITH PREJUDICE as to Plaintiff's state tort claims.

IT IS FURTHER ORDERED that Defendant ICS's Motion to Dismiss (ECF No. 64) is GRANTED as follows: Count III is DISMISSED WITH PREJUDICE as to Plaintiff's Telecommunications Act Claim; and Count III is DISMISSED WITH PREJUDICE as to Plaintiff's state tor claims.

IT IS FURTHER ORDERED that Defendant CenturyLink's Motion to Sever (ECF No. 44) is DISMISSED as MOOT.

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Dated this 28th day of May, 2019.

ROBERT C. JONES
Senior District Judge