UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR BERAHA,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al*,<br>             Defendants. | Case No.: 3:17-CV-00366-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 127) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin (ECF No. 127[1]) entered on April 27, 2020, recommending that the Court deny Beraha's Partial Motion for Summary Judgment (ECF No. 114), Defendants' Motion for Summary Judgment (ECF No. 118) be granted and Beraha's Motion to Compel (ECF No. 112) be denied as moot.  On May 4, 2020, Plaintiff filed Partial Objections to Magistrate's Report and Recommendation (ECF No. 128) and Defendants filed a Response to Plaintiff's Objections (ECF No. 129) on May 18, 2020.

---

[1] Refers to Court's docket number.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 127), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Beraha's Partial Motion for Summary Judgment (ECF No. 114) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 118) is **GRANTED.**

**IT IS FUTHER ORDERED** that Beraha's Motion to Compel (ECF No. 112) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge